# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JERRY NEAL, JR. | ) |
| | ) |
|     Plaintiff, | ) |
| | )   No. 3:21-cv-00820 |
| v. | ) |
| | ) |
| LOUIS DREYFUS COMPANY LLC, | ) |
| | ) |
|     Defendant. | ) |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Louis Dreyfus Company LLC ("LDC") files this Notice of Removal, thereby removing this case from the Twentieth Judicial Circuit Court of St. Clair County, Illinois to the United States District Court for the Southern District of Illinois. In support of this Notice of Removal, LDC shows the following:

**A.    State Court Action.**

This action was originally filed by Plaintiff Jerry Neal, Jr. (Plaintiff) on June 3, 2021, in the Twentieth Judicial Circuit Court of St. Clair County, Illinois, assigned Case No. 2021-L-0535 on the docket of that court. A copy of the Complaint, Summons and pleadings served by Plaintiff upon LDC is attached hereto as Exhibit A.

Plaintiff alleges retaliatory discharge in violation of the Illinois Workers' Compensation Act, 820 ILCS 305/4(h). Plaintiff has not demanded a trial by jury.

LDC is not a proper party to this proceeding and did not employ Plaintiff. LDC has not yet filed an answer or otherwise responded to Plaintiff's Complaint.

1

### B. Diversity Jurisdiction

Defendant removes this case under 28 U.S.C § 1332, which provides federal courts with original jurisdiction over civil actions between citizens of different states where the alleged matter in controversy exceeds $75,000, excluding interest and costs. 28 U.S.C. § 1332(a).

At both the time of the filing of the Complaint and removal, the parties were and are citizens of different states. Plaintiff is a citizen of the State of Illinois. (Complaint ¶ 1). LDC is a limited liability company organized under the laws of the State of Delaware with its principal place of business located in Wilton, Connecticut. The sole member of LDC is Louis Dreyfus Company Holding Inc., which is a corporation organized under the laws of the State of Delaware with its principal place of business located in Wilton, Connecticut. Accordingly, this dispute is between citizens of different states.

Furthermore, the amount in controversy exceeds the sum or value of $75,000. In the Complaint, Plaintiff is pursuing two counts and alleges damages "in excess of Fifty Thousand Dollars ($50,000.00)" on each count. (Complaint ¶¶ 15, 17). Plaintiff is seeking monetary damages and lost benefits, future monetary damages and future lost benefits, damages for injury to his reputation, economic damages, and compensatory damages for mental anguish. Accordingly, this Court has jurisdiction under 28 U.S.C. § 1332.

### C. Timeliness of Removal.

This removal is timely. Defendant LDC received service of this lawsuit on June 18, 2021. This Removal was filed within thirty (30) days of Defendant LDC's receipt service and is therefore timely under 28 U.S.C. § 1446(b).

**D.      State Court Documents Attached.**

In accordance with 28 U.S.C. § 1446(a), 1447(a), and 1449, a copy of all pleadings, process and orders including other papers received by Defendant LDC are attached hereto as Exhibit A.

**E.      Notice to State Court and Plaintiff.**

Defendant LDC will file a copy of this Notice of Removal with Twentieth Judicial Circuit Court of St. Clair County, Illinois, pursuant to 28 U.S.C. § 1446(d) and will also provide written notice to Plaintiff of the filing of this Notice of Removal.

**F.      Prayer.**

If any question arises as to the propriety of the removal of this action, Defendant LDC respectfully request the opportunity to brief any disputed issues and to present oral argument in support of its position that this case is properly removed.

Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of Defendant LDC's right to assert any defense or affirmative matter including, without limitation, the defense of (1) lack of jurisdiction, 2) insufficiency of service of process, 3) improper joinder of parties and/or claims, 4) any other procedural or substantive defense available under applicable law.

Defendant LDC prays that the United States District Court for the Southern District of Illinois accepts this Notice of Removal, assumes jurisdiction of this case, and issues such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof.

DEFENDANT FURTHER REQUESTS A TRIAL BY JURY ON ALL COUNTS OF PLAINTIFF'S COMPLAINT.

Dated this 16th day of July, 2021.

Respectfully submitted,

By: /s/ Gregg A. Kinney
HEPLERBROOM, LLC.
Gregg A. Kinney #6210671
P.O. Box 510
130 North Main Street
Edwardsville, Illinois 62025
Tele: 618-656-0184/Fax: 618-656-1364
*Attorneys for Defendant*
LOUIS DREYFUS COMPANY LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of July, 2021, the above and foregoing **Notice of Removal** was filed electronically with the Clerk of the Court and sent notification of such filing to the following:

Eric J. Carlson
Byron, Carlson, Petri & Kalb, LLC
411 St. Louis Street
P.O. Box 527
Edwardsville, IL 62025
ejc@byroncarlson.com

and

D. Jeffrey Ezra
Ezra & Associates, LLC
850 Vandalia, Suite 310-320
Collinsville, IL 62234
jeff@ezralaw.com

/s/ Gregg A. Kinney