IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JERRY NEAL, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:21-cv-00820-GCS |
| | ) |
| LOUIS DREYFUS COMPANY SERVICES LLC, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR SUMMARY JUDGMENT

Defendant Louis Dreyfus Company Services LLC ("Defendant") moves the Court for summary judgment to dismiss Plaintiff, Jerry Neal, Jr.'s claims pursuant to Fed.R.Civ.P. 56 on the grounds that the pleadings, declarations, evidence and depositions presented to this Court demonstrate that there is no genuine issue of material fact and Defendant is entitled to judgment as a matter of law. In support of this Motion, Defendant submits its Appendix and supporting Exhibits and its Brief in Support of Motion for Summary Judgment.

Dated this 17th day of February 2023.

LOUIS DREYFUS COMPANY SERVICES LLC, Defendant

By:     /s/ Aaron A. Clark
Aaron A. Clark, #20045
Ruth A. Horvatich, #24776
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE  68102
Phone:  402-341-3070
Fax:  402-341-0216
aclark@mcgrathnorth.com
rhorvatich@mcgrathnorth.com

-and-

Gregg Kinney
Hepler Broom LLC
211 North Broadway, Suite 2700
St. Louis, MO 63102
314-241-6160
Gregg.Kinney@heplerbroom.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 17th day of February 2023, the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system, which provided notice to the following:

Eric J. Carlson
411 St. Louis Street
P.O. Box 527
Edwardsville, IL 62025
ejc@byroncarlson.com

Jeffrey Ezra
850 Vandalia, Suite 310-320
Collinsville, IL 62234
jeff@ezralaw.com

      /s/ Aaron A. Clark
      Aaron A. Clark